P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



71 96900 2484 0905 2286 8

**Mailed On:** 12/18/2024  **Order Number:** 0000216-01
**ClientID:** DGandL000909  CR  **Reference Number:**

Tina L. Geisinger
203 Saco Avenue
Old Orchard Beach, ME 04064

GenericAddressInsert.doc



Rev. 12/19/2018



100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

December 18, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Tina L. Geisinger
203 Saco Avenue
Old Orchard Beach, ME 04064

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:   203 Saco Avenue, Old Orchard Beach, ME 04064
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C and the Owner/Investor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc, as nominee for New Century Mortgage Corporation its successors and assigns (if MERs) dated August 18, 2006 and recorded in the York County Registry of Deeds in Book 14932, Page 0771. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Date | Principal & Interest | Taxes | Insurance | O/S: Over short Escrow | Total |
|---|---|---|---|---|---|
| April 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| May 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| June 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| July 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| August 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| September 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| October 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| November 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| December 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| January 1, 2019 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| February 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| March 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| April 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| May 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| June 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| July 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| August 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| September 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| October 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| November 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| December 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| January 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| February 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| March 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| April 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| May 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| June 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| July 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| August 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| September 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| October 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| November 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| December 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| January 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| February 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| March 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| April 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| May 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| June 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| July 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| September 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| October 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| November 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| December 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| January 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| February 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| March 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| April 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| May 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| June 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| July 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| August 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| September 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| October 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| November 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| December 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| January 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| February 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| March 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| April 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| May 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| June 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| July 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| August 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| September 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| October 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| November 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| December 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| January 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| February 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| March 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| April 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| May 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| June 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| July 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| August 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| September 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| October 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| November 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| December 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| | | | | | |
| Accrued Late Charges | | | | | $3,897.41 |
| Suspense Amount | | | | | $-118.86 |
| Property Inspection Fees | | | | | $1,583.75 |
| **Total Amount Due** | | | | | **$127,452.42** |



A portion of the amount due is reasonable interest in the amount of $64,516.24.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$127,452.42** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Fay Servicing, LLC
Attention: Payments
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

  To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC  
Loss Mitigation Department/Loan Resolution  
425 S. Financial Place  
Suite 2000  
Chicago, IL 60605  
(800) 495-7166

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

                Very truly yours,  
                Fay Servicing, LLC  
                Wilmington Savings Fund Society, FSB,  
                d/b/a Christiana Trust, not in its individual  
                capacity, but solely as indenture trustee of  
                Citigroup Mortgage Loan Trust 2014-C

                by its attorney

                _____  
                Reneau J. Longoria, Esq.

MNK  
cc:  Client  
  Bureau of Consumer Credit Protection  
Attachment: HUD Approved Housing Counseling Agencies



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |

| Organization | Contact | Address | Language |
|---|---|---|---|
| Penquis, Inc | **Phone:** 207-973-3500<br>**Web:** www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | **Phone:** 207-743-7716<br>**Web:** www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web:** www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web:** www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web:** www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 969 0024 8895 4298 0

**Mailed On:** 12/18/2024    **Order Number:** 0000216-01
**ClientID:** DGandL000909  FC    **Reference Number:**

Tina L. Geisinger
203 Saco Avenue
Old Orchard Beach, ME 04064



GenericAddressInsert.doc                                Rev. 12/19/2018



100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

December 18, 2024

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Tina L. Geisinger  
203 Saco Avenue  
Old Orchard Beach, ME 04064

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:      203 Saco Avenue, Old Orchard Beach, ME 04064  
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C and the Owner/Investor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc, as nominee for New Century Mortgage Corporation its successors and assigns (if MERs) dated August 18, 2006 and recorded in the York County Registry of Deeds in Book 14932, Page 0771. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Date | Principal & Interest | Taxes | Insurance | O/S: Over short Escrow | Total |
|---|---|---|---|---|---|
| April 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| May 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| June 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| July 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| August 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| September 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| October 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| November 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| December 1, 2018 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| January 1, 2019 | $1,049.33 | $210.90 | $171.28 | $43.89 | $1,475.40 |
| February 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| March 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| April 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| May 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| June 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| July 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| August 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| September 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| October 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| November 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| December 1, 2019 | $1,049.33 | $225.42 | $177.52 | $25.09 | $1,477.36 |
| January 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| February 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| March 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| April 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| May 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| June 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| July 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| August 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| September 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| October 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| November 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| December 1, 2020 | $1,049.33 | $230.06 | $193.62 | $33.19 | $1,506.20 |
| January 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| February 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| March 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| April 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| May 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| June 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| July 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| September 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| October 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| November 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| December 1, 2021 | $1,049.33 | $234.09 | $195.38 | $8.69 | $1,487.49 |
| January 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| February 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| March 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| April 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| May 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| June 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| July 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| August 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| September 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| October 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| November 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| December 1, 2022 | $1,049.33 | $229.08 | $203.10 | $0.00 | $1,481.51 |
| January 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| February 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| March 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| April 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| May 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| June 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| July 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| August 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| September 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| October 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| November 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| December 1, 2023 | $1,049.33 | $229.53 | $245.75 | $68.72 | $1,593.33 |
| January 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| February 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| March 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| April 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| May 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| June 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| July 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| August 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| September 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| October 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| November 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| December 1, 2024 | $1,049.33 | $235.33 | $237.24 | $0.00 | $1,521.90 |
| | | | | | |
| Accrued Late Charges | | | | | $3,897.41 |
| Suspense Amount | | | | | $-118.86 |
| Property Inspection Fees | | | | | $1,583.75 |
| **Total Amount Due** | | | | | **$127,452.42** |



A portion of the amount due is reasonable interest in the amount of $64,516.24.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$127,452.42** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
Fay Servicing, LLC
Attention: Payments
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

  To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

                Very truly yours,
                Fay Servicing, LLC
                Wilmington Savings Fund Society, FSB,
                d/b/a Christiana Trust, not in its individual
                capacity, but solely as indenture trustee of
                Citigroup Mortgage Loan Trust 2014-C

                by its attorney

                _____
                Reneau J. Longoria, Esq.

MNK
cc:  Client
  Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone<br>Toll-Free<br>Fax Number<br>Email<br>Website<br>Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone<br>Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |

| Agency | Contact | Address | Language |
|---|---|---|---|
| Penquis, Inc | **Phone:** 207-973-3500<br>**Web:** www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | **Phone:** 207-743-7716<br>**Web:** www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web:** www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web:** www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web:** www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



# UNITED STATES POSTAL SERVICE

**Certificate of Mailing - Firm**

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office™ | Affix Stamp Here — Postmark with Date of Receipt |
|---|---|---|---|
| iMailTracking, LLC<br>PO Box 23159<br>San Diego, CA 92193-3159 | 1 | 1 | US POSTAGE PITNEY BOWES<br>ZIP 92123 $000.65<br>02 4W<br>0000373889 DEC 18 2024 |

Postmaster, per *(name of receiving employee)*: [signature]

| USPS® Tracking Number / Firm-specific Identifier | Address (Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 1. (11)9690024889542980 57356  DGandL000909 0000216-01 | Tina L. Geisinger, 203 Saco Avenue, Old Orchard Beach, ME 04064 | 0.970 | 0.650 | | |

[Postmark: SERRA MESA POST OFFICE, SAN DIEGO, CA 92123, DEC 18 2024]

PS Form **3665**, January 2017 (Page 1 of 1) PSN 7530-17-000-5549

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, December 18, 2024 11:29 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria LLD Owner of the mortgage:Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2014-C What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loss Mitigation Department/Loan Resolution

425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166


-----
Consumer Information
-----

Consumer First name:Tina
Consumer Middle Initial/Middle Name: L.
Consumer Last name:Geisinger
Consumer Suffix:
Property Address line 1:203 Saco Avenue
Property Address line 2:
Property Address line 3:
Property Address City/Town:Old Orchard Beach Property Address State:
Property Address zip code:04064
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:12/18/2024
Amount needed to cure default:127,452.42 Consumer Address line 1:203 Saco Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Old Orchard Beach Consumer Address State:ME Consumer Address zip code:04064
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

1